IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL GONZALES,** | **CIV F  05-0550 AWI DLB P** |
| **Plaintiff,** | **ORDER VACATING COURT'S ORDER OF MAY 26, 2005 [Document #5]** |
| vs. | **ORDER GRANTING  APPLICATION TO PROCEED IN FORMA PAUPERIS [Document 4, 6]** |
| **F. YAMAT, et al.,** | |
| **Defendants.** / | |

Plaintiff is a prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

On May 26, 2005, the court filed an order requiring plaintiff to submit an application to proceed in forma pauperis or pay the filing fee of $250 within thirty days.  A review of the file shows that plaintiff filed an application to proceed in forma pauperis together with a  certified copy of his prison trust account statement on May 12, 2005.  Due to plaintiff's submission of the required documentation, the court's previous order of May 26, 2005, shall be vacated.  In addition, plaintiff's application to proceed in forma pauperis

shall be granted.

Plaintiff has submitted a declaration that makes the showing required by § 1915(a). Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay the statutory filing fee of $250.00 for this action.[1]  Plaintiff has been without funds for six months and is currently without funds.  Accordingly, the court will not assess an initial partial filing fee.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's income credited to plaintiff's prison trust account.  These payments shall be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action.  The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections filed concurrently herewith.

IT IS SO ORDERED.

Dated:    June 29, 2005                         /s/ Dennis L. Beck
3c0hj8                                UNITED STATES MAGISTRATE JUDGE

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $250.00. See 28 U.S.C. § 1914(a).