IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, | CASE NO. 1:05-CV-0550 AWI DLB-PC |
| Plaintiff, | ORDER RE: PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME TO FILE OBJECTIONS |
| YAMAT, et al., | PLAINTIFF'S RESPONSE DUE JULY 5, 2007 |
| Defendants. | [Doc. #19 & 20] |

Plaintiff Michael Gonazales ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time to file objections to the court's Findings and Recommendations which were due on May 7, 2007. Plaintiff filed the motion for an extension on April 30, 2007, and another notice on June 1, 2007. After reviewing the file in this matter and good cause having been presented to the court, plaintiff's request for an extension is granted. Because there was a delay in the court ruling on plaintiff's motion, the motion is granted nunc pro tunc and plaintiff's new deadline to file any objections will be July 5, 2007.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's is granted until July 5, 2007, nunc pro tunc, to file objections to the court's Findings and Recommendations issued on April 12, 2007.

IT IS SO ORDERED.

Dated:   **June 4, 2007**          /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE

1