UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL GONZALES, | ) | 1:05-CV-0550 AWI DLB (PC) |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME TO FILE OBJECTIONS TO |
| v. | ) | MAGISTRATE JUDGE'S FINDINGS |
| | ) | AND RECOMMENDATIONS |
| F. YAMAT, et al., | ) | |
| | ) | (DOCUMENT #19,20) |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 30, 2007 and June 1, 2007, MICHAEL GONZALES, plaintiff filed a motion to extend time to file objections to the Magistrate Judge's Findings and Recommendations filed April 30, 2007. Good cause having been presented to the court and GOOD  CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file objections to the Magistrate Judge's Findings and Recommendations filed April 30, 2007.

IT IS SO ORDERED.

Dated:   **June 7, 2007**            **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE