UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>            Plaintiff,<br><br>vs.<br><br>YAMAT, et al.,<br><br>            Defendants.<br>_____/ | 1:05-cv-0550-AWI-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 18)<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION** (Doc. 16) |

Plaintiff is a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 12, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed on or before May 7, 2007. Plaintiff was granted an extension to file objections to July 11, 2007. To date, Plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed April 12, 2007, are ADOPTED IN FULL; and,

2.   Plaintiff's Motion for Preliminary Injunction, filed March 30, 2007, is DENIED.

IT IS SO ORDERED.

**Dated:   March 14, 2008**               /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE

2