# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>F. YAMAT, et.al.,<br><br>　　　　　　Defendants. | CV F- 05-0550 AWI DLB P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>(Doc. 25)<br><br>THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. By order dated November 28, 2007, plaintiff's second amended complaint was dismissed with leave to file a third amended complaint within 35 days. (Doc. 24).

On December 12, 2007 plaintiff filed a motion to extend time to file his amended complaint (Doc. 25). Plaintiff further requests leave to add additional defendants to his complaint.

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Plaintiff is granted thirty days from the date of service of this order in which to file his amended complaint.

///

///

///

1  With respect to plaintiff's request to name additional defendants, plaintiff is cautioned that his
2  amended complaint must comply with the instructions set forth in the court's order issued November
3  28, 2007.
4  IT IS SO ORDERED.
5  Dated:   **May 30, 2008**          **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE